# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LISA MACON**                                                **PLAINTIFF**

**v.**                              **Case No. 4:19-cv-00661-KGB**

**ARKANSAS WORKERS'**
**COMPENSATION COMMISSION**                                   **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Lisa Macon's claims against Arkansas Workers' Compensation Commission are dismissed. The relief sought is denied.

So adjudged this 30th day of October, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge